UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CIV 5702

---

CHROME HEARTS, LLC.

        Plaintiff,

v.

NEW CLASSIC, INC.;
and SIMON YEUNSING YIU

        Defendants.

Civil Action No.



---

## COMPLAINT

Plaintiff, **Chrome Hearts, Inc.**, by its attorneys, as and for its complaint, alleges upon information and belief:

### THE PARTIES

1.    Plaintiff **Chrome Hearts, LLC.** ("Chrome Hearts") is a limited liability company organized and existing under the laws of the State of Delaware, with an office and place of business at 915 N. Mansfield, Los Angeles, California 90038.

2 (a).    Upon information and belief, defendant **New Classic, Inc.** is a New York corporation with a principal place of business at 41-43 37th Street, Long Island City, NY 11101; is transacting and doing business within this judicial district and has committed the acts complained of herein within this judicial district. **New Classic, Inc.** is subject to the jurisdiction of this Court pursuant to the laws of this State and Rule 4 of the Federal Rules of Civil Procedure.

2 (b).    Upon information and belief, defendant Simon Yeunsing Yiu is an

1

trademark **CHROME HEARTS**.

8.    Chrome Hearts sells a wide variety of quality artistic products, including leather pants, leather jackets, leather vests, sterling silver jewelry, including necklaces, bracelets, rings and wallet chains, belt buckles and a wide collection of other products, including its recent line of custom, one-of-a-kind furniture.

9.    Chrome Hearts pioneered the idea of combining the look of rugged motorcycle looking apparel with fashion attire to make fashion apparel and accessories.    All of Chrome Hearts' leather products are adorned with sterling silver hardware, including all of the buttons and ornamental pieces.    Chrome Hearts further pioneered the look of suede inlay designs in connection with leather clothing.    Once thought of as only a look for outlaw motorcyclists, Chrome Hearts has created a fashion niche that is now coveted in the upper most fashion circles.

10.    Entertainers, such as Cher, Billy Idol, Aerosmith, Lenny Kravitz, Guns N' Roses, Seal, Madonna, Keith Richards, Danny Glover, Sting, Gloria Estefan, Christy Turlington, Naomi Campbell and Sharon Stone can all be seen in Chrome Hearts' fashions. Chrome Hearts products are sold in the exclusive CHROME HEARTS stores throughout the world and in select speciality stores, such as Browns of London and the United Arrows and Intellectual Galleries boutiques in Japan.

11.    In 1993, the Council of Fashion Designers of America ("CFDA") presented plaintiff Chrome Hearts with an unsolicited award as designer of the year for its innovated accessories and jewelry designs.

12.    All Chrome Hearts products are hand made in Los Angeles by Chrome Hearts' craftsmen.    The level of expert workmanship exercised by these individuals is superior and conforms with the strict standards established by Chrome Hearts.

13.    Works designed by Chrome Hearts have been praised and recognized in numerous articles appearing in both trade publications and publications directed to the general

public around the world, including articles in the United States, Germany, Japan and France. These articles have acclaimed the high artistry, fashion and style of Chrome Hearts' designs and the uniqueness of the designs.

14.    Since 1991, Chrome Hearts' products have generated sales at retail of over Three Hundred Fifty Million Dollars ($350,000,000).

15.    Plaintiff Chrome Hearts is the owner of, *inter alia*, U.S. Registration Nos. 1,665,791 for **CHROME HEARTS**; 2,307,126 for the **CHROME HEARTS plus Horseshoe Design**; 2,284,625 for the **CHROME HEARTS plus Dagger Design**; 2,216,570 for the **CHROME HEARTS plus Scroll Design**; 2,407,915 for the **Dagger Heart Design**; 2,954,539 for the **CH Design (stylized)**; and 3,385,449 for the **CH plus Design** (collectively referred to herein as the " Chrome Heart Trademarks"). Chrome Hearts is entitled to the exclusive use and benefit of all of its Registrations. Annexed hereto and identified as *Exhibit 1* are copies of the Registrations for the Chrome Hearts Marks.

16.    The Chrome Hearts Mark has come to identify, in the United States and throughout the world, high quality leather fashions, jewelry and accessories designed and manufactured by Chrome Hearts.

17.    Among many other copyright registrations, Chrome Hearts is the owner of Copyright Registration No. VA 705-234 for the **Classic Oval Design** belt buckle and Copyright Registration No. VA 705-197 for the **Dagger** pendant (collectively referred to herein as the "Copyrighted Work"). Annexed hereto and identified as *Exhibit 2* are copies of the Registrations and photographs of the Copyrighted Work.

18.    Chrome Hearts has duly complied in all respects with the provisions of Title 17 of the United States Code, and has secured the rights and privileges accorded to the work protected by the copyright laws.

4

23.  Defendant's infringement of plaintiff Chrome Hearts' Copyrighted Work is to the great and irreparable damage of plaintiff, and plaintiff Chrome Hearts is informed and believes, as indicated, that Defendant will continue such infringement unless enjoined by this Court.

24.  Plaintiff has no adequate remedy at law and has suffered irreparable damage as a result of Defendant's acts as aforesaid in an amount thus far not determined, but believed to be in excess of Seven Hundred Thousand Dollars ($700,000).

## FEDERAL UNFAIR COMPETITION

25.  Plaintiff Chrome Hearts repeats and realleges every allegation contained paragraphs 1 through 16, 20, 22 and 23 as though fully set forth herein.

26.  This claim arises under the provision of the Trademark Act of 1946, 15 U.S.C. 1051, et seq., particularly under 15 U.S.C. 1125(a) and alleges the use in commerce of a false designation of origin and false or misleading description of fact and false or misleading representation of fact.

27.  By reason of the marketing, celebrity status and unsolicited press coverage generated for Chrome Hearts' products at the trade and consumer levels, and the unique quality of the products comprising the entire line of plaintiff's, these products are recognized by the trade and consumers as being products designed and hand crafted by plaintiff Chrome Hearts.

28.  Chrome Hearts' products have become widely known among purchasers as articles that are designed and manufactured by plaintiff.  These products are known to be quality items, with unique designs, made with the highest quality materials, and embodying expert craftsmanship.

29.  The goodwill of the plaintiff Chrome Hearts and the favorable reputation residing in Chrome Hearts' products is a valuable asset belonging to plaintiff.

30.  Defendant, with knowledge of the widespread recognition of Chrome Hearts'

35. Defendant's manufacturing, distribution and sale of their infringing products incorporating the distinctive designs of plaintiff Chrome Hearts' products is likely to cause confusion between such products and the goods sold by plaintiff Chrome Hearts, thus constituting an infringement of plaintiff's valuable common law rights.

36. Upon information and belief, Defendant is "palming off" their infringing products as the high quality merchandise of plaintiff Chrome Hearts, and is knowingly enabling others to do the same and is thus deliberately and knowingly misappropriating and diverting plaintiff's valuable proprietary rights and goodwill, and the reputation symbolized thereby, thereby unfairly competing with plaintiff.

37. Upon information and belief, Defendant's unfair competition has caused and, if allowed to continue, will continue to cause sales of plaintiff's products to be lost and/or diverted to Defendant. Further, Defendant's unfair competition has caused substantial and irreparable damage and injury to plaintiff and in particular to its valuable goodwill and reputation, and unless enjoined by this Court, will continue to cause substantial and irreparable damage and injury to plaintiff.

38. Plaintiff has no adequate remedy at law and has suffered irreparable damage as a result of Defendant's acts as aforesaid in an amount thus far not determined, but believed to be in excess of Seven Hundred Thousand Dollars ($700,000).

WHEREFORE, plaintiff demands:

A.     that Defendant, its officers, agents, employees, attorneys and all persons acting in concert, participation or combination with Defendant, be preliminarily and permanently enjoined from infringing upon plaintiff's Copyrighted Work or any copyrighted design owned by plaintiff and from manufacturing, promoting, advertising and selling any product substantially similar to the copyrighted work of plaintiff, or any work substantially similar to the proprietary

designs of plaintiff;

        B.     that Defendant, its officers, agents, employees, attorneys and all persons acting in concert, participation or combination with Defendant, be preliminary and permanently enjoined from competing unfairly with plaintiff, from falsely representing and falsely designating the origin of Defendant's goods, from diluting the distinctive quality of plaintiff's trademark and from engaging in false advertising;

        C.     that Defendant be required to pay to plaintiff Chrome Hearts damages in a sum to be determined at trial and to account for all gains, profits and advantages derived by Defendant by the sale or advertisement of the Copyrighted Work or any work confusingly similar thereto; represented or advertised by Defendant to be a genuine Chrome Hearts product or its equivalent;

        D.     that the piratical copies of Plaintiff's belt buckle be recalled from all of Defendant's stores and surrendered to Plaintiff for destruction;

        E.     that plaintiff be awarded statutory damages by reason of the infringement of plaintiff's Copyrighted Work;

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

9

F.      that plaintiff be awarded treble damages, punitive damages, reasonable attorneys fees and the costs and disbursements of this action;

G.      that plaintiff be granted an award of punitive damages in view of the willful and malicious nature of Defendant's tortious acts; and,

H.      that plaintiff have such other and further relief as the Court deems just and equitable.

Dated: New York, New York
       June 23 , 2007

Respectfully submitted,

TUCKER & LATIFI, LLP
*Attorneys for Plaintiff*
160 East 84th Street
New York, NY 10028
(212) 472-6262

Robert L. Tucker (RLT 1027)

10



FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 705-234

EFFECTIVE DATE OF REGISTRATION

MAR 28 1995
Month   Day   Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Classic Oval

NATURE OF THIS WORK ▼ See instructions

JEWELRY DESIGN

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** a

NAME OF AUTHOR ▼

CHROME HEARTS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
X Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NOTE

NATURE OF AUTHORSHIP Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Check appropriate boxes. See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

space for dates of birth and death blank.

**3** a

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
1990   ◄Year in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ November   Day ▶ 7   Year ▶ 1990
ONLY if this work has been published.
U.S.A.   ◄ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
CHROME HEARTS, INC.
937 North Citrus Avenue
Hollywood, California 90038

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 28 1995
ONE DEPOSIT RECEIVED
MAR 28 1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

# Exhibit 1

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼  ROBBINS, BERLINER & CARSON    Account Number ▼  DA 026964

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
John P. Spitals
c/o ROBBINS, BERLINER & CARSON
201 N. Figueroa Street, 5th Floor
Los Angeles, California 90012-2628
Area Code and Telephone Number ▶ (213) 977-1001

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  CHROME HEARTS, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John P. Spitals                                    date ▶ March 24, 1995

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
John P. Spitals, c/o    ROBBINS, BERLINER &
                        CARSON

Certificate
will be
mailed in
window
envelope

Number/Street/Apartment Number ▼
201 N. Figueroa Street, 5th Floor
City/State/ZIP ▼
Los Angeles, California 90012-2628

● YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
● SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material
● MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

February 1993—100,000                                                                ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,501



Chrome Hearts
Genuine Classic Oval Buckle



2.

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



# FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 705-197**

EFFECTIVE DATE OF REGISTRATION

*MAR 28 1995*

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

Dagger

**NATURE OF THIS WORK ▼** See Instructions

JEWELRY DESIGN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2a**

**NAME OF AUTHOR ▼**

CHROME HEARTS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☒ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

death blank.

---

**3a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.

1990

**3b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ November    Day ▶ 7    Year ▶ 1990    Nation ▶ U.S.A.

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

CHROME HEARTS, INC.
937 North Citrus Avenue
Hollywood, California 90038

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 28 1995

ONE DEPOSIT RECEIVED
MAR 28 1995

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  ROBBINS, BERLINER & CARSON        Account Number ▼  DA 026964

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

John P. Spitals
c/o ROBBINS, BERLINER & CARSON
201 N. Figueroa Street, 5th Floor
Los Angeles, California 90012-2628

Area Code and Telephone Number ▶  (213) 977-1001

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  CHROME HEARTS, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John P. Spitals        date ▶  March 24, 1995

Handwritten signature (X) ▼

**8**

MAIL
CERTIFI-
CATE TO

Name ▼  John P. Spitals, c/o    ROBBINS, BERLINER & CARSON

Number/Street/Apartment Number ▼  201 N. Figueroa Street, 5th Floor

City/State/ZIP ▼  Los Angeles, California 90012-2628

Certificate
will be
mailed in
window
envelope

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

February 1993—100,000        ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,501



Int. Cls.: **14, 18, 25 and 26**

Prior U.S. Cls.: **3, 28, 39 and 40**

Reg. No. 1,665,791

# United States Patent and Trademark Office

Registered Nov. 26, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## CHROME HEARTS

CHROME HEARTS, INC. (CALIFORNIA COR-
    PORATION)
303 EAST FOURTH STREET
LOS ANGELES, CA 90013

FOR: JEWELRY, BELT BUCKLES MADE OF
PRECIOUS METAL, KEY RINGS MADE OF
PRECIOUS METAL, CUFFLINKS, TIE FAS-
TENERS MADE OF PRECIOUS METAL,
BROOCHES, NECKLACES AND EARRINGS ,
IN CLASS 14 (U.S. CL. 28).

FIRST USE 7–27–1989; IN COMMERCE
11–22–1989.

FOR: GARMENT BAGS FOR TRAVEL, TOTE
BAGS, SHOULDER BAGS, PURSES AND LUG-
GAGE, IN CLASS 18 (U.S. CL. 3).

FIRST USE 11–9–1989; IN COMMERCE
11–16–1989.

FOR: CLOTHING; NAMELY, SHIRTS, TROU-
SERS, JACKETS, VESTS, CHAPS, MEN'S AND
WOMEN'S UNDERWEAR, COATS, CLOTHING
BELTS, GLOVES AND BOOTS, IN CLASS 25
(U.S. CL. 39).

FIRST USE 4–19–1989; IN COMMERCE
11–9–1989.

FOR: BELT BUCKLES NOT OF PRECIOUS
METAL AND TIE FASTENERS NOT OF PRE-
CIOUS METAL, IN CLASS 26 (U.S. CL. 40).

FIRST USE 7–27–1989; IN COMMERCE
11–22–1989.

SER. NO. 74–106,186, FILED 10-15-1990.

CHRISIE BRIGHTMIRE, EXAMINING ATTOR-
    NEY

# Exhibit 2

Int. Cl.: **14**

Prior U.S. Cls.: **2, 27, 28 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,307,126**

Registered Jan. 11, 2000

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS, INC. (CALIFORNIA COR-
PORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: JEWELRY MADE WHOLLY OR IN
PART OF PRECIOUS METAL, NAMELY,
RINGS, EARRINGS, NECKLACES, BRACE-
LETS, CUFF LINKS, KEY RINGS, BELT BUCK-
LES, WATCHES AND TIE FASTENERS, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-1989; IN COMMERCE
4-0-1989.

OWNER OF U.S. REG. NO. 1,665,791.

SER. NO. 75-490,650, FILED 5-26-1998.

JASON TURNER, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**Reg. No. 2,284,625**

## United States Patent and Trademark Office

Registered Oct. 12, 1999

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS, INC. (CALIFORNIA COR-
PORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: JEWELRY MADE WHOLLY OR IN
PART OF PRECIOIUS METALS; NAMELY,
BRACELETS, NECKLACES, RINGS, PEND-
ANTS, EARRINGS, KEY RINGS, BROOCHES,
LAPEL PINS, CUFF LINKS, WATCHES AND
BELT BUCKLES MADE WHOLLY OR IN PART

OF PRECIOUS METALS, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).
FIRST USE 7–27–1989; IN COMMERCE
11–22–1989.
OWNER OF U.S. REG. NOS. 1,665,791, 2,214,642
AND OTHERS.

SER. NO. 75–399,215, FILED 12–3–1997.

AMOS T. MATTHEWS, JR., EXAMINING AT-
TORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,216,570

## United States Patent and Trademark Office

Registered Jan. 5, 1999

## TRADEMARK
## PRINCIPAL REGISTER



CHROME HEARTS, INC. (CALIFORNIA COR-
PORATION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: JEWELRY MADE WHOLLY OR IN
PART OF PRECIOUS METAL; NAMELY,
RINGS, EARRINGS, NECKLACES, BRACE-
LETS, CUFF LINKS, KEY RINGS, BELT BUCK-
LES, WATCHES AND TIE FASTENERS, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-1989; IN COMMERCE
4-0-1989.

OWNER OF U.S. REG. NOS. 1,665,791 AND
2,118,026.

SER. NO. 75-476,249, FILED 4-29-1998.

CARYN HINES, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**Reg. No. 2,407,915**

## United States Patent and Trademark Office

Registered Nov. 28, 2000

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS, INC. (CALIFORNIA CORPORA-
TION)
937 N. CITRUS AVENUE
HOLLYWOOD, CA 90038

FOR: JEWELRY MADE WHOLLY OR IN PART
OF PRECIOUS METALS; NAMELY, BRACELETS,
NECKLACES, PENDANTS, KEY RINGS, CUFF
LINKS, WATCHES AND BELT BUCKLES MADE
WHOLLY OR IN PART OF PRECIOUS METALS, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 5–1–1996; IN COMMERCE 5–1–1996.

OWNER OF U.S. REG. NOS. 1,665,791, 2,216,570
AND OTHERS.

SER. NO. 75–671,093, FILED 3–29–1999.

ANGELA M. MICHELI, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,954,539
Registered May 24, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS, INC. (CALIFORNIA COR-
PORATION)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, BRACELETS, NECK-
LACES, RINGS, EARRINGS, PENDANTS, CUFF
LINKS AND WATCH BRACELETS, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

SER. NO. 76-590,713, FILED 5-6-2004.

TANYA AMOS, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,385,449
Registered Feb. 19, 2008

## TRADEMARK
### PRINCIPAL REGISTER



CHROME HEARTS LLC (DELAWARE LTD LIAB
  CO)
915 N. MANSFIELD
HOLLYWOOD, CA 90038

FOR: JEWELRY, NAMELY, BRACELETS, RINGS,
WATCH BANDS, NECKLACES AND LIGHTERS
MADE OF PRECIOUS METALS, IN CLASS 14 (U.S.
CLS. 2, 27, 28 AND 50).

FIRST USE 1-3-1988; IN COMMERCE 1-3-1988.

SER. NO. 78-833,228, FILED 3-9-2006.

KELLY CHOE, EXAMINING ATTORNEY



We Ship World Wide

Order Tracking    Payn

Shop Now:

**Select A Brand**

Toll Free Order
**1-866-320-2537**

Order by phone:
**866-320-2537**

**Search Over 20,000 Items:**

   



UFO Pants



Home > beWild's Gift Shop > Cheap Halloween Costume Store :: Hair Color Tee Shirts Halloween Acce
Grillz, Dog Tags and Urban Gear > Belts & Belt Buckles and Jean Chains > Medieval Times Sword Buck

### Clothing / Apparel

» Shop By Brand

» UFO Pants / Clothing

» Tribal Clothing by Tribal Gear

» Kikwear Jeans

» Ghast Clothing and Rave Gear

» Hustler brand Clothing and Apparel

» Nasty Sexy Rude Thongs

» Belts & Belt Buckles

» Sleeves Tattoo Clothing

» Designer Sunglasses $9.99

### T-Shirt Super Store

» Men's T-Shirts

» Girls T Shirts

» Offensive Hoodies

» Make Your Own T-Shirt

### Footwear / Shoe

» Heely's Shoes

» Mesh Chinese Slippers

» Mary Jane China Doll Slippers

» Womens Saucony Sneakers

### Smoking and Drinking

» Cigarette Cases

» Novelty and Torch Lighters only $5.99

» Zippo Lighters & Zippo Accessories

» Flip Top Novelty Lighters $4.99!

» Rolling Machines and Rolling Papers

» Steel Drinking Flasks and Gifts

**Medieval Times Sword Buckle**



Click to Enlarge





#101 NC#A278  **$11.9**

Qty: 1

🛒 **Add to Shopping Cart**

CLICK HERE FOR THE ESTI
DELIVERY DATE

**More Images**

  

Produc

# Exhibit 3

**Body Jewelry**

» Navel Jewelry

» Tongue Jewelry

» Fake Body Jewelry

» Hair Dye, Hair Gel and Wigs

» Brushes Tattoo Clothing

**Skateboards**

» Complete Pro Skateboards

» Pro Skateboard Decks

» Skateboard Trucks and Wheels

» Skateboard Bearings, Hardware & Tools

**Gift Shop**

» Diversion Can Safes

» Beach & Bath Towels

» Adult Novelties

» Club and Rave Toys

» Rock & Roll Memorabilia

» Lapel And Hat Pins

» Awareness Jewelry, Magnets & More

**Room Decor**

» Wall Posters from only $4.99

» Jumbo Wall Tapestries

» Beaded Curtains and Door Beads

» Lava brand Lava Lamps

» Blow up Inflatable Furniture

**Clearance Save **** 75% ****

» Bewild's Clearance Shirts

» Clearance Gifts



This satin finished medieval sword buckle includes a multi layered design for a cool 3d effect. brilliant c.z. stones this buckle is perfect for a guy or girl. Made of only the finest materials, this belt buckle will fit nearly any universal belt.

## FOR ALL Belt Buckles- CLICK HER

| Previous Item | View All Items | Next Item |
|---|---|---|
|  |  |  |
| Medieval Times Sword Buckle $11.99 | Belts & Belt Buckles and Jean Chains | Guy C.Z. Gun Buckle $14.99 |



**Vera Pelle Vintage Leather Belt**  This v leather belt can be used with any standar buckle including our personalized name b and L.e.d. buckles. If you have a belt buc need a belt to put it on, this genuine leath vintage belt strap is perfect. Buckle not in

Vera Pelle  **$14.99**

Size  Small 30-32 inch waist

Qty  1



Add to Shopping Cart

**Black Leather Belt w/out Buckle**  This l leather belt can be used with any standar buckle including our personalized name b and Led buckles. If you have a belt buckle need a belt to put it on, this genuine leath strap is perfect.

Buckle not included

belt no buckle  Regular price: $9.99  Sale price: **$6.99**

Belt Size:  Small 30-32 inch waist

Qty  1



Add to Shopping Cart



# Bewild.com

We Ship World Wide



Order Tracking

Payn

Shop Now:

**Select A Brand**

S

Toll Free Order
**1-866-320-2537**

Order by phone:
**866-320-2537**

**Search Over 20,000 Items:**


T-SHIRTS
**T-SHIRT SUPERSTORE**


**KIKWEAR PANTS**


**HEELYS ROLLERSHOES**

BELT



## UFO Pants

Home > beWild's Gift Shop > Cheap Halloween Costume Store :: Hair Color Tee Shirts Halloween Acce
Grillz, Dog Tags and Urban Gear > Belts & Belt Buckles and Jean Chains > Satin Tribal Cross Buckle

### Clothing / Apparel

» Shop By Brand

» UFO Pants / Clothing

» Tribal Clothing by Tribal Gear

» Kikwear Jeans

» Ghast Clothing and Rave Gear

» Hustler brand Clothing and Apparel

» Nasty Sexy Rude Thongs

» Belts & Belt Buckles

» Sleeves Tattoo Clothing

» Designer Sunglasses $9.99

### T-Shirt Super Store

» Men's T-Shirts

» Girls T-Shirts

» Offensive Hoodies

» Make Your Own T-Shirt

### Footwear / Shoe

» Heely's Shoes

» Mesh Chinese Slippers

» Mary Jane China Doll Slippers

» Womens Saucony Sneakers

### Smoking and Drinking

» Cigarette Cases

» Novelty and Torch Lighters only $5.99

» Zippo Lighters & Zippo Accessories

» Flip Top Novelty Lighters $4.99

» Rolling Machines and Rolling Papers

» Steel Drinking Flasks and Gifts

## Satin Tribal Cross Buckle





Click to Enlarge

#99 NC#A259

Qty. 1


Add to Shop

**CLICK HERE FOR
DELIVERY DATE**

### More Images







**Product Description**

**Body Jewelry**
» Navel Jewelry
» Tongue Jewelry
» Fake Body Jewelry
» Hair Color, Hair Dye and Wigs
» Novelty Tattoo Clothing

**Skateboards**
» Complete Pro Skateboards
» Pro Skateboard Decks
» Skateboard Trucks and Wheels
» Skateboard Bearings, Hardware & Tools

**Gift Shop**
» Diversion Can Safes
» Beach & Bath Towels
» Adult Novelties
» Club and Rave Toys
» Rock & Roll Memorabilia
» Lapel And Hat Pins
» Awareness Jewelry, Magnets & More

**Room Decor**
» Wall Posters from only $4.99
» Jumbo Wall Tapestries
» Beaded Curtains and Door Beads
» Lava brand Lava Lamps
» Blow up Inflatable Furniture

**Clearance Save **** 75% ****
» Bewild's Clearance Shirts
» Clearance Gifts



This belt buckle features both head and saddle tying which makes... buffed for a shine and a finish has a patina wash that brings out all the detail and gives it an antique finish look.

# FOR ALL Belt Buckles- CLICK H

| Previous Item | View All Items | Next Item |
|---|---|---|
|  |  |  |
| Satin Tribal Cross Buckle $11.99 | Belts & Belt Buckles and Jean Chains | The "Captain Jack" Cross Bone But... $16.99 |



**Vera Pelle Vintage Leather Belt**   This v belt can be used with any standard buckl personalized name buckles and L.e.d. bu have a belt buckle and need a belt to put genuine leather vintage belt strap is perfe included

Vera Pelle   **$14.99**

Size:  Small 30-32 inch waist

Qty:  1





**Black Leather Belt w/out Buckle**   This belt can be used with any standard buckl personalized name buckles and Led buck a belt buckle and need a belt to put it on. leather belt strap is perfect.

Buckle not included

belt no buckle   Regular price:  $9.99  Sale price:  **$6.99**

Belt Size:  Small 30-32 inch waist

Qty:  1



Recently Viewed Items

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

CHROME HEARTS, LLC.                                    Civil Action No.

                    Plaintiff,

v.

NEW CLASSIC, INC.;
and SIMON YEUNSING YIU

                    Defendants.

_____

# COMPLAINT

**Tucker & Latifi, LLP**
*Counsel for the Plaintiff*
160 East 84th Street
New York, NY 10028
(212) 472-6262