**JUDGE DANIELS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'08 CIV 5702**

CHROME HEARTS, LLC

Plaintiff,

-v-

NEW CLASSIC, INC.;
and SIMON YEUNSING YIU

Defendants.

Case No. 

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Plaintiff Chrome Hearts, LLC.</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

- NONE -

Date: __June 20, 2008__

_____
**Signature of Attorney**

**Attorney Bar Code:** RLT 1027